IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**SHELTON R. THOMAS**,                     *

             Plaintiff,                     *

v.                                                              Case No.   5:22-cv-00012-CAR-CHW

                            *

 **DOCTOR KENNETH COWENS, et al.,**

             Defendants.                     *

_____     *

## ORDER TO PRODUCE STATE PRISONER FOR FEDERAL HEARING

TO:     OFFENDER ADMINISTRATION/AGREEMENTS
        ATTENTION:  CHRISTINA LUNEBACH
        GEORGIA DEPARTMENT OF CORRECTIONS

      YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner **SHELTON R. THOMAS , GDC 1000444546,** presently incarcerated at MACON STATE PRISON, in Oglethorpe, Georgia, for in the above-styled proceeding beginning at **10:30 a.m**. on **May 24, 2023**, Courtroom E on the first floor of the United States Courthouse, 475 Mulberry Street,  Macon, Georgia.

      SO ORDERED,  this 4th day of May, 2023.

                                _s/Charles H. Weigle_____
                                CHARLES H. WEIGLE
                                UNITED STATES DISTRICT JUDGE