case# 5:22-cv-00436-TES-MSH
Jason A. Earls

FILED '24 05 31 AM05:25 USDC-GAMD

In regards to recieving my latest carrespondence from the courts. I have tried to contact Jackson Diagnostic to recive copies of my bloodwork and medical records from there since that is were I was when I found out about my further health problems. Also I have been actively trying to get into the law library recently so as to get some help with some of these terms and forms I don't understand. Another thing is every time I have recived something from the courts I have sent a written response and as I've said before I have to use indigent mail so I don't know when and if my mail goes out timely or not.

As for Leonard Johnson and his attorney. The man knows he done wrong and has been doing wrong ever since he became Sheriff because as long as I've known Macon County Jail has never employed any type of medical personell. Now he's trying to hide behind laws he is sworn to uphold and protect and if he would have done the right thing from the get go we wouldn't be in this predicament but he didn't and here we are.

The last thing I recieved was on May 13th 2024 and that is what I am responding to now. So this past week at Johnson State prison there has been some changes going on around the compound and alot of scheduled movements have been rescheduled I am still waiting to get into the law library to get some help on the forms I need to request the proper documents from Jackson to show the courts that I am being truthful and doing what I am suppose to do. Upon sending this I still have not been to the legal center yet but hope to soon

J.A. Earls

Jason Earls 1262522
Johnson State Prison
P.O. Box 344
Wrightsville, GA 31096

ATLANTA GA RPDC 302
29 MAY 2024 PM 9 L




U.S. Courts Middle District of Georgia
Office of the Clerk
P.O. Box 128
Macon, GA 31202-0128

FILED '24 05 31 AM09:25 MDGA-MAC

31202-012828


Johnson State Prison
P.O Box 344, Donovan Road
Wrightsville, GA 31096
"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."