**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **SHELTON R. THOMAS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.: 5:22-cv-00012-CAR-CHW** |
| **Doctor KENNETH COWENS, *et al.*,** | : | |
| | : | **Proceedings under 42 U.S.C. § 1983** |
| **Defendants.** | : | **Before the U.S. Magistrate Judge** |
| | : | |

## <u>ORDER</u>

Defendants have filed a motion for summary judgment arguing, in part, that Plaintiff failed to exhaust his administrative remedies for several of his claims prior to commencing suit. (Doc. 139). Plaintiff argues against Defendants' motion, and in doing so, references grievances which are not in the materials provided by Defendants. (Doc. 152, p. 11-12, 14). Defendants countered that Plaintiff's declaration is not competent evidence and that Plaintiff's exhaustion arguments are not relevant or applicable. (Doc. 153, p. 3-6). Nevertheless, copies of the referenced grievances and others noted on Plaintiff's grievance history are necessary for the Court to determine whether Plaintiff properly exhausted.

Therefore, the Court hereby **ORDERS** Defendants to supplement the record with the following grievances and any associated records, including but not limited to, the initial grievance through the final Central Office appeal, by **<u>November 15, 2024</u>**:

- Grievance No. 301968, filed January 14, 2020;

- Grievance No. 311861, filed July 20, 2020;

- Grievance No. 316424, filed November 5, 2020;

- Grievance No. 316236, filed November 2, 2020;

- Grievance No. 326993,[1] filed July 17, 2021;

- Grievance No. 327112, filed July 16, 2021;

- Grievance No. 333653, filed December 28, 2021;[2] and

- Any records, *e.g.*, Attachment 10 of the grievance policy (Doc. 139-24, p. 31), for any grievance submitted but dropped or unprocessed concerning issues from February 2021. *See* (Doc. 152, p. 11).

**SO ORDERED**, this 25th day of October, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] Plaintiff misidentified this grievance as Grievance No. 326992.

[2] Plaintiff enumerated another grievance, Grievance No. 306511. (Doc. 152, p. 12). It is not listed because Defendants included this grievance in their exhibits. (Doc. 139-29).