IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHELTON R. THOMAS, | * |
| Plaintiff, | * |
| v. | Case No. **5:22-CV-12 (CAR) (CHW)** |
| | * |
| DOCTOR KENNETH COWENS et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 28, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 28th day of March, 2025.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk